IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MAKIKO KIMURA, | |
| Plaintiff, | Case No.: 1:24-cv-05781 |
| v. | Judge Jorge L. Alonso |
| THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A", | Magistrate Judge M. David Weisman |
| Defendants. | |

## NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby files this Notice of Voluntary Dismissal, without prejudice, as to the following Defendant(s) identified on Schedule A of the Complaint:

| NO. | DEFENDANT |
|---|---|
| 120 | GMapf |
| 94 | menghuxiashanstore |
| 146 | 【7-15 days Fast Shipping】 Save 30% Medicindiert |
| 93 | 520LODGDANBAO |
| 54 | Smoneyful Mall |
| 123 | Alagoo |
| 149 | Holiday Deals-7-15 Days Delivery-Ruisiqi Trading |
| 177 | Enco |
| 62 | FABUVIEW |
| 31 | VURETO |
| 119 | NongNong Store |
| 90 | Lizxun-Store |
| 126 | AMCICI |
| 24 | WCMZJ. |
| 98 | BCZHQQ Women Clothing |
| 142 | Generic US Women Fashion Clothing |
| 41 | Frosred - 【7-20 Days Delivery】 |
| 58 | YUZF |
| 59 | Customize your home |
| 60 | YAJIEFS |

| | |
|---|---|
| 109 | BYBAGS |
| 110 | Xunbo |
| 111 | zxlkuidabeidianzixiaoshoudian |
| 113 | wwei-shop |
| 116 | caohengd |
| 65 | SWLOR |
| 165 | YYDGH |
| 170 | RQYYD |
| 180 | ZQGJB |
| 198 | CZHJS |
| 200 | XFLWAM |
| 202 | Olyvenn |
| 29 | MRGIINRI Lightning Deals of Today Prime |
| 46 | baskuwish |
| 47 | KEoans |
| 48 | nneeKnol Fashion Online 7-14 Days Delivery |
| 50 | Ctreela |
| 51 | QUNPIU |
| 53 | Muscularlit US |
| 55 | CJHDYM |
| 56 | US%an |
| 88 | Bilqis+Clearance Sales Today Deals Prime |
| 91 | DASAYO online store |
| 95 | OIFGH Direct |
| 97 | Q&R-ui |
| 99 | YAFINMO |
| 131 | Lazapa |
| 151 | qmzjds |

DATED: August 19, 2024

Respectfully submitted,

/s/ Keith A. Vogt
Keith A. Vogt (Bar No. 6207971)
Keith Vogt, Ltd.
33 W. Jackson Blvd., #2W
Chicago, Illinois 60604
Telephone: 312-971-6752
E-mail: keith@vogtip.com

**ATTORNEY FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

 The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on August 19, 2024 with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

           */s/ Keith A. Vogt*
           Keith A. Vogt