IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

MAKIKO KIMURA,

    Plaintiff,

v.

THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

    Defendants.

Case No.: 1:24-cv-05781

Judge Jorge L. Alonso

Magistrate Judge M. David Weisman

## NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby files this Notice of Voluntary Dismissal, without prejudice, as to the following Defendant(s) identified on Schedule A of the Complaint:

| NO. | DEFENDANT |
|---|---|
| 25 | Wocachi (7 ~ 14 days delivery) |
| 162 | QQAMB Co.Ltd |
| 163 | qipopiq |
| 166 | IROINNID |
| 167 | Herrnalise |
| 168 | YanHoo |
| 171 | Kayannuo |
| 178 | SRstrat Co.Ltd |
| 188 | snilers Co.Ltd |
| 189 | ICHUANYI |
| 190 | MRGIINRI Clothing Clearance |
| 191 | Dianli |
| 192 | babysbule |
| 193 | Meichang |
| 194 | Floleo |
| 195 | Daqian Clearance |
| 196 | HONHUZH |
| 197 | Aboser |
| 199 | PIMOXV Clothing Clearance |
| 201 | BELLZELY (US) |

| 57 | REWRUY |
|---|---|

DATED: August 20, 2024

Respectfully submitted,

*/s/ Keith A. Vogt*
Keith A. Vogt (Bar No. 6207971)
Keith Vogt, Ltd.
33 W. Jackson Blvd., #2W
Chicago, Illinois 60604
Telephone: 312-971-6752
E-mail: keith@vogtip.com

**ATTORNEY FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on August 20, 2024 with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

                                                  */s/ Keith A. Vogt*
                                                  Keith A. Vogt